# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CHRIS ROLISON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0389-CG-M |
| | ) |
| **PETER STERLING, MICHAEL ASFOUR,** | ) |
| **and P&M BUILDERS LLC,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's order on motion for summary judgment entered this date (Doc. 34), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendants, Peter Sterling, Michael Asfour, and P&M Builders, LLC, and against plaintiff, Chris Rolison.  Therefore, all the plaintiff's claims against said defendants are hereby **DISMISSED WITH PREJUDICE**.  Costs shall be taxed against the plaintiff.

**DONE and ORDERED** this the 13th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE